**SHA-1 Hash:** 75BED77CF9E3E12F2974EAF8F4A6A47AD90D6F9B   **Title**   Fresh Booty #2
**Rights Owner:** Patrick Collins

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 68.33.128.112 | 8/6/2012 21:59 | Washington | DC | Comcast Cable | BitTorrent |
| 2 | 68.33.20.68 | 6/10/2012 5:16 | Washington | DC | Comcast Cable | BitTorrent |
| 3 | 68.33.229.223 | 6/8/2012 15:34 | Washington | DC | Comcast Cable | BitTorrent |
| 4 | 68.33.23.62 | 8/4/2012 4:13 | Washington | DC | Comcast Cable | BitTorrent |
| 5 | 68.48.185.98 | 6/11/2012 8:55 | Washington | DC | Comcast Cable | BitTorrent |
| 6 | 98.204.33.109 | 7/30/2012 18:08 | Washington | DC | Comcast Cable | BitTorrent |
| 7 | 71.178.154.79 | 6/15/2012 19:17 | Washington | DC | Verizon Internet Services | BitTorrent |

EXHIBIT A

DC37